TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
DAVID T. RYAN (Cal Bar No. 295785)
Assistant United States Attorneys
Terrorism and Export Crimes Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0552/4491
Facsimile: (213) 894-2979
E-mail: reema.el-amamy@usdoj.gov
david.ryan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK STEVEN DOMINGO,<br><br>Defendant. | No. CR 19-313-SVW<br><br>TRIAL STIPULATION REGARDING AUTHENTICITY AND ACCURACY OF GOVERNMENT'S TRIAL EXHIBITS |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Reema M. El-Amamy and David T. Ryan, and defendant Mark Steven Domingo, by and through his counsel of record, Deputy Federal Public Defenders David Wasserman and Lisa LaBarre, hereby agree and stipulate as follows:

1. Government's Exhibit 224 is an accurate recording of a portion of a June 12, 2019 telephone call between Mark Domingo and J.D.

2. Government's Exhibit 225 is an accurate recording of a portion of a June 24, 2019 telephone call between Mark Domingo and K.C.

3. Government's Exhibit 226 is an accurate recording of a portion of a December 28, 2020 telephone call between Mark Domingo and K.C.

4. Government's Exhibit 227 is an accurate recording of a portion of a January 11, 2020 telephone call between Mark Domingo and K.C.

5. Government's Exhibit 228 is an accurate recording of a portion of a January 11, 2020 telephone call between Mark Domingo and K.C.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

6. Government's Exhibit 231 is an accurate recording of a portion of an April 17, 2021 telephone call between Mark Domingo and K.C.

The parties agree that this stipulation may be entered into evidence at trial.

IT IS SO STIPULATED.

Dated: August 3, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

*/s/ Reema M. El-Amamy*
REEMA M. EL-AMAMY
DAVID T. RYAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: August 3, 2021

*/s/ David I. Wasserman*
DAVID WASSERMAN
LISA LABARRE
Attorneys for Defendant
MARK STEVEN DOMINGO