# LIST OF EXHIBITS AND WITNESSES

| | | | |
|---|---|---|---|
| **Case Number** | 2:19-CR-00313-SVW | **Title** | USA v. Mark Steven Domingo |
| **Judge** | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | | |
| **Dates of Trial or Hearing** | 8/5/21-8/6/21 & 8/9/21-8/11/21 | | |
| **Court Reporters or Tape No.** | Anne Kielwasser | | |
| **Deputy Clerks** | Paul M. Cruz | | |

FILED
CLERK, U.S. DISTRICT COURT
AUG 11 2021
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

| **Attorney(s) for Plaintiff(s) / Petitioner(s)** | **Attorney(s) for Defendant(s) / Respondent(s)** |
|---|---|
| David T. Ryan | David I. Wasserman |
| Reema M. El-Amamy | Lisa S. LaBarre |
| | |
| | |
| | |

| **Plaintiff(s) or Petitioner(s)** | | | **Defendant(s) or Respondent(s)** | | | **EXHIBIT DESCRIPTION / WITNESS** | **Called By** |
|---|---|---|---|---|---|---|---|
| **Ex. No.** | **Id.** | **Ev.** | **Ex. No.** | **Id.** | **Ev** | | |
| | | | | | | SEE ATTACHED | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Government's Witnesses:

1. FBI Special Agent Matthew Parker 8/5
2. FBI Special Agent Megan Jensen 8/5
3. Dallas Richardson 8/5
4. Rachel Waller 8/6
5. FBI Special Agent Ryan Abbott
6. FBI Special Agent Michael Gee 8/6, 8/9
7. FBI Special Agent Jennifer West 8/5, 8/6
8. William Braniff
9. FBI Special Agent David Theaker
10. Los Angeles Police Department Detective Patrick Hoffman
11. FBI Task Force Officer John Smith 8/9
12. FBI Special Agent Bomb Technician Patrick Race 8/9

Defense Wits

Domingo, Cecelia 8/9

Abbaf, Akeem 8/9, 8/10

~~[illegible]~~ 8/10

GArAbediAN

DOMINGO, M.S.

Gov't / Def closing

ACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
DAVID T. RYAN (Cal Bar No. 295785)
Assistant United States Attorneys
Terrorism and Export Crimes Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0552/4491
Facsimile: (213) 894-2979
E-mail: reema.el-amamy@usdoj.gov
david.ryan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARK STEVEN DOMINGO,<br>Defendant. | No. CR 19-313-SVW<br>GOVERNMENT'S EXHIBIT LIST<br>Trial Date: August 5, 2021<br>Time: 9:00 a.m.<br>Place: Courtroom of the Hon. Stephen V. Wilson |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Reema M. El-Amamy and David T. Ryan hereby presents its exhibit list in this matter.

//

Def exhibits

//

// 3111 8/6 8/6 3112 8/6 8/6
3114 | | 1001 8/10 8/10
3113 8/6 8/6
1026 8/9 8/9

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1. | Pressure Cooker Bomb (One of Two) | 8/5/21 | 8/5/21 |
| 2. | Pressure Cooker Bomb (Two of Two) | 8/5/21 | 8/5/21 |
| 3. | BLANK | | |
| 4. | Pressure Cooker with Excess Nails and String Lights Seized from Apartment at Arrest | | |
| 5. | Knife Found on Defendant at Arrest | | |
| 6. | Photograph of Lowe's Receipt Found on Defendant at Arrest | 8/6/21 | 8/6/21 |
| 7. | Photograph of IEDs Taken From Defendant and UCE | 8/5/21 | 8/5/21 |
| 8. | Photographs of Nails Defendant Provided to UCE | 8/9 | 8/9 |
| 9. | Photographs of Fireworks Found in Defendant's Room | 8/9 | 8/9 |
| 10. | Photographs of Firearms, Ammunition, and Knife Found in Defendant's Room | 8/9 | 8/9 |
| 11. | Photographs at Bluff Park 4/26/2019 | 8/9 | 8/9 |
| 12. | Recorded Meeting Between Defendant and CHS (Excerpt Five) 3/22/2019 | 8/6/21 | 8/6/21 |
| 13. | Recorded Phone Call Between Defendant and CHS 3/18/2019 | \| | \| |
| 14. | Recorded Phone Call Between Defendant and CHS 3/18/2019 | \| | \| |
| 15. | Recorded Meeting Between Defendant and CHS (Excerpt One) 3/18/2019 | \| | \| |
| 16. | Recorded Meeting Between Defendant and CHS (Excerpt Two) 3/18/2019 | \| | \| |
| 17. | Recorded Meeting Between Defendant and CHS (Excerpt Three) 3/18/2019 | 8/6/21 | 8/6/21 |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 18. | Recorded Meeting Between Defendant and CHS (Excerpt Four) 3/18/2019 | 8/6/21 | 8/6/21 |
| 19. | Recorded Meeting Between Defendant and CHS (Excerpt Five) 3/18/2019 | \| | \| |
| 20. | Recorded Meeting Between Defendant and CHS (Excerpt Six) 3/18/2019 | \| | \| |
| 21. | Recorded Meeting Between Defendant and CHS (Excerpt Seven) 3/18/2019 | \| | \| |
| 22. | BLANK | \| | \| |
| 23. | Recorded Phone Call Between Defendant and CHS 3/22/2019 | \| | \| |
| 24. | Recorded Meeting Between Defendant and CHS (Excerpt One) 3/22/2019 | \| | \| |
| 25. | Recorded Meeting Between Defendant and CHS (Excerpt Two) 3/22/2019 | \| | \| |
| 26. | Recorded Meeting Between Defendant and CHS (Excerpt Three) 3/22/2019 | \| | \| |
| 27. | Recorded Meeting Between Defendant and CHS (Excerpt Four) 3/22/2019 | \| | \| |
| 28. | Recorded Meeting Between Defendant and CHS (Excerpt Six) 3/22/2019 | \| | \| |
| 29. | Recorded Meeting Between Defendant and CHS (Excerpt Seven) 3/22/2019 | 8/6/21 | 8/6/21 |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 30. | Recorded Meeting Between Defendant and CHS (Excerpt Eight) 3/22/2019 | 8/6/21 | 8/6/21 |
| 31. | Recorded Phone Call Between Defendant and CHS 3/27/2019 | | |
| 32. | Recorded Meeting Between Defendant and CHS (Excerpt One) 4/3/2019 | | |
| 33. | Recorded Meeting Between Defendant and CHS (Excerpt Two) 4/3/2019 | | |
| 34. | Recorded Meeting Between Defendant and CHS (Excerpt Three) 4/3/2019 | | |
| 35. | Recorded Meeting Between Defendant and CHS (Excerpt Four) 4/3/2019 | | |
| 36. | BLANK | | |
| 37. | Recorded Meeting Between Defendant and CHS (Excerpt Six) 4/3/2019 | | |
| 38. | Recorded Meeting Between Defendant and CHS (Excerpt Seven) 4/3/2019 | | |
| 39. | Recorded Meeting Between Defendant and CHS (Excerpt Eight) 4/3/2019 | | |
| 40. | Recorded Phone Call Between Defendant and CHS (Excerpt One) 4/8/2019 | | |
| 41. | Recorded Phone Call Between Defendant and CHS (Excerpt Two) 4/8/2019 | 8/6/21 | 8/6/21 |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 42. | Recorded Meeting Between Defendant and CHS (Excerpt One) 4/19/2019 | 8/6/21 | 8/6/21 |
| 43. | Recorded Meeting Between Defendant and CHS (Excerpt Two) 4/19/2019 | | |
| 44. | Recorded Meeting Between Defendant and CHS (Excerpt Three) 4/19/2019 | | |
| 45. | Recorded Meeting Between Defendant and CHS (Excerpt Four) 4/19/2019 | | |
| 46. | Recorded Meeting Between Defendant and CHS (Excerpt Five) 4/19/2019 | | |
| 47. | Recorded Meeting Between Defendant and CHS (Excerpt Six) 4/19/2019 | | |
| 48. | Recorded Meeting Between Defendant and CHS (Excerpt Seven) 4/19/2019 | | |
| 49. | Recorded Meeting Between Defendant and CHS (Excerpt Eight) 4/19/2019 | | |
| 50. | Recorded Meeting Between Defendant and CHS (Excerpt Nine) 4/19/2019 | | |
| 51. | Recorded Phone Call Between Defendant and CHS 4/22/2019 | | |
| 52. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt One) 4/23/2019 | | |
| 53. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Two) 4/23/2019 | 8/6/21 | 8/6/21 |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 54. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Three) 4/23/2019 | 8/6/21 | 8/6/21 |
| 55. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Four) 4/23/2019 | | |
| 56. | Recorded Phone Call Between Defendant and CHS 4/24/2019 | | |
| 57. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt One) 4/26/2019 | | |
| 58. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Two) 4/26/2019 | | |
| 59. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Three) 4/26/2019 | | |
| 60. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Four) 4/26/2019 | | |
| 61. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Five) 4/26/2019 | | |
| 62. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Six) 4/26/2019 | | |
| 63. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Seven) 4/26/2019 | | |
| 64. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Eight) 4/26/2019 | | |
| 65. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Nine) 4/26/2019 | 8/6/21 | 8/6/21 |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 66. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Ten) 4/26/2019 | 8/6/21 | 8/6 |
| 67. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Eleven) 4/26/2019 | | |
| 68. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Twelve) 4/26/2019 | | |
| 69. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Thirteen) 4/26/2019 | | |
| 70. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Fourteen) 4/26/2019 | | |
| 71. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Fifteen) 4/26/2019 | | |
| 72. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Sixteen) 4/26/2019 | | |
| 73. | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Seventeen) 4/26/2019 | 8/6/21 | 8/6/21 |
| 74. | Text Messages Between Defendant and the UCE 4/24/2019 | 8/9 | 8/9 |
| 75. | Text Messages Between Defendant and the UCE 4/25/2019 | 8/6/21 | 8/6/21 |
| 76. | Video of Defendant at Lowe's Home Improvement Store 4/22/2019 | 8/6/21 | 8/6/21 |
| 77. | Lowe's Printout of Receipt 4/22/2019 | | |
| 78. | Text Messages Between Defendant and the UCE 4/26/2019 | | |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 79. | Text Messages Between Defendant and the CHS 3/19/2019 | | |
| 80. | Diagram Defendant Provided to CHS 4/3/2019 | 8/6/21 | 8/6/21 |
| 81. | Text Messages Between Defendant and the CHS 4/24/2019 - 4/26/2019 | | |
| 82. | Discord Chats Between Defendant and Others re Defendant Taking Shahada 3/2/2019 | | |
| 83. | Discord Chats Between Defendant and Others re ISIS and Attacks Against United States 3/3/2019 | 8/5 | 8/5 |
| 84. | Discord Post By Defendant re ISIS Fighters 3/9/2019 | | |
| 85. | Discord Chats Between Defendant and Others re Shariah Law 3/9/2019 - 3/10/2019 | | |
| 86. | Discord Post By Defendant re Martyrdom 3/12/2019 | | |
| 87. | Discord Chats Between Defendant and Others re Revenge for Christchurch Attack 3/14/2019 | 8/5 | 8/5 |
| 88. | Discord Chats Between Defendant and Others re Revenge for Christchurch Attack 3/15/2019 | 8/5 | 8/5 |
| 89. | Discord Chats Between Defendant and Others re Revenge for Christchurch Attack 3/16/2019 | | |
| 90. | Discord Chats Between Defendant and Others re Guns for Mosque Security 3/18/2019 | | |
| 91. | Discord Chats Between Defendant and Others re Security of Channel 3/20/2019 | | |
| 92. | Discord Chats Between Defendant and Others re Firearms and ISIS 3/20/2019 | | |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 93. | Discord Photo Posted By Defendant Showing his AK-47 3/20/2019 | | |
| 94. | Discord Messages Between Defendant and Others re ISIS Fighters in Philippines 3/21/2019 | 8/6/21 | 8/6/21 |
| 95. | BLANK | | |
| 96. | Discord Messages Between Defendant and Others re Shooting a Rave and ISIS Attacks 3/23/2019-3/24/2019 | 8/6 | 8/6 |
| 97. | Discord Post by Defendant With Link to ISIS Video "Covenant and Steadfastness" 3/26/2019 | | |
| 98. | BLANK | | |
| 99. | BLANK | | |
| 100 | Discord Messages Between Defendant and Others re IED Attacks and Promoting ISIS Video "Separation of the Heads" 4/1/2019 | 8/6/21 | 8/6/21 |
| 101 | BLANK | | |
| 102 | Discord Direct Messages Between Defendant and OCE re Defeating US Military and Taking Over USA for Islam 3/20/2019 | | |
| 103 | Discord Messages Between Defendant and Others re Attacks in Philippines 4/7/2019 | | |
| 104 | Discord Messages Between Defendant and Others re Attacks in Philippines 4/8/2019-4/9/2019 | | |
| 105 | BLANK | | |
| 106 | Discord Messages Between Defendant and Others re Committing Attacks 4/11/2019 | 8/6/21 | 8/6/21 |
| 107 | Discord Messages Between Defendant and Others re Mosque Fires 4/15/2019 | | |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 108 | Discord Messages Between Defendant and Others re Committing Attacks with al-Qa'ida 4/19/2019-4/20/2019 | 8/6/21 | 8/6/21 |
| 109 | Discord Messages Between Defendant and Others re ISIS and Killing Civilians 4/21/2019 | 8/6/21 | 8/6/21 |
| 110 | Discord Messages Between Defendant and Others re Supporting ISIS 1/3/2019 | | |
| 111 | Discord Direct Messages Between Defendant and OCE re Revenge for Christchurch Attack 3/14/2019 | 8/9 | 8/9 |
| 112 | Discord Direct Messages Between Defendant and OCE re Revenge for Christchurch Attack 3/16/2019 | 8/5 | 8/5 |
| 113 | Discord Direct Messages Between Defendant and OCE re Defeating US Military and Taking Over USA for Islam 3/20/2019 | | |
| 114 | Discord Messages Between Defendant and Others re Martyrdom 3/22/2019 | | |
| 115 | Discord Direct Messages from Defendant to OCE re Killing Kuffar 3/22/2019-3/23/2019 | 8/6 | 8/6 |
| 116 | Discord Direct Message from Defendant to OCE Promoting ISIS Video "Covenant and Steadfastness" 3/26/2019 | | |
| 117 | Discord Direct Messages Between Defendant and OCE re ISIS and Committing Attacks 4/5/2019-4/8/2019 | | |
| 118 | Discord Direct Messages Between Defendant and OCE re Killing Kuffar 4/12/2019 | | |
| 119 | Discord Direct Messages Between Defendant and OCE re Mosque Fires and Committing Attacks 4/15/2019 | | |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 120 | Discord Messages Between Defendant and the CHS 3/15/2019 | 8/6/21 | 8/6/21 |
| 121 | Discord Messages Between Defendant and the CHS 3/16/2019 | 8/6/21 | 8/6/21 |
| 122 | BLANK | | |
| 123 | Discord Messages Between Defendant and the CHS 3/26/2019 | 8/6/21 | 8/6/21 |
| 124 | Discord Messages Between Defendant and the CHS 4/5/2019 | 8/6/21 | 8/6/21 |
| 125 | Discord Messages Between Defendant and the CHS 4/7/2019 | 8/6/21 | 8/6/21 |
| 126 | Discord Messages Between Defendant and the CHS 4/15/2019 | \| | \| |
| 127 | Discord Messages Between Defendant and the CHS 4/22/2019 | 8/6/21 | 8/6/21 |
| 128 | Discord Direct Messages Between Defendant and N.M. re Attacking Kuffar 2/9/2019 - 2/21/2019 | 8/6/21 | 8/6/21 |
| 129 | Discord Direct Messages Between Defendant and R.Y. re Killing Kuffar 3/6/2019 | \| | \| |
| 130 | Discord Direct Messages Between Defendant and R.Y. re Supporting ISIS 3/7/2019-3/9/2019 | 8/6/21 | 8/6/21 |
| 131 | Discord Direct Messages Between Defendant and R.Y. re Vengeance for Christchurch 3/18/2019 | \| | \| |
| 132 | Discord Direct Messages Between Defendant and R.Y. re Seeking Co-Conspirators 3/18/2019 | \| | \| |
| 133 | Discord Direct Messages Between Defendant and R.Y. re Seeking Co-Conspirators 3/19/2019 | 8/6/21 | 8/6/21 |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 134 | Discord Direct Messages Between Defendant and R.Y. re Continuing to Seek Co-Conspirators 3/19/2019 | 8/6/21 | 8/6/21 |
| 135 | Discord Direct Messages Between Defendant and R.Y. re Killing Kuffar 3/24/2019 | | |
| 136 | Discord Direct Messages Between Defendant and R.Y. re ISIS 3/24/2019 | | |
| 137 | Discord Direct Messages Between Defendant and R.Y. re Impatience to Commit Attack 4/5/2019 | 8/6/21 | 8/6/21 |
| 138 | Discord Direct Messages Between Defendant and R.Y. re Impatience to Commit Attack 4/11/2019 – 4/12/2019 | 8/6/21 | 8/6/21 |
| 139 | Photos of Computers from Defendant's Bedroom | | |
| 140 | Handwritten Quran Verses from Defendant's Bedroom | | |
| 141 | Translation of Handwritten Quran Verses from Defendant's Bedroom | | |
| 142 | Text Messages Between Defendant and CHS 3/22/2019 | | |
| 143 | Text Messages Between Defendant and CHS 3/25/2019 | 8/6/21 | 8/6/21 |
| 144 | Text Messages Between Defendant and CHS 4/1/2019 | 8/6/21 | 8/6/21 |
| 145 | Defendant's Email 8/11/2018 | | |
| 146 | Video from Defendant's Email Account 8/11/2018 | | |
| 147 | Video from Defendant's Email Account 8/11/2018 | | |
| 148 | Video from Defendant's Email Account 8/11/2018 | | |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 149 | User Accounts from Defendant's Cell Phone | | |
| 150 | Search History from Defendant's Cell Phone | 8/6/21 | 8/6/21 |
| 151 | Web Bookmarks from Defendant's Cell Phone | | |
| 152 | Web History from Defendant's Cell Phone | 8/9/21 | 8/9/21 |
| 153 | List of Videos from Defendant's Cell Phone | | |
| 154 | List of Nashids from Defendant's Cell Phone | | |
| 155 | Photographs from Defendant's Cell Phone | | |
| 156 | Facebook Page Identifying Username | | |
| 157 | BLANK | | |
| 158 | BLANK | | |
| 159 | Facebook Messages with A.M. 5/12/2017 | | |
| 160 | Facebook Messages with Multiple Associates 1/30/2018 - 12/24/2018 | | |
| 161 | Facebook Messages with J.B. re ISIS 6/4/2017 | 8/9 | |
| 162 | Facebook Messages with J.B. re ISIS 6/4/2017 | 8/9 | |
| 163 | Facebook Post re Islam 6/8/2017 | | |
| 164 | Facebook Posts re Churches 6/16/2017 | | |
| 165 | Facebook Post re Shahada 7/14/2017 | | |
| 166 | BLANK | | |
| 167 | BLANK | | |
| 168 | Facebook Post re Killing Lefties 3/3/2018 | | |
| 169 | Facebook Post re Sharia Law 3/25/2018 | | |
| 170 | Facebook Post re the West 3/27/2018 | | |
| 171 | Facebook Post re Sharia 5/1/2018 | | |
| 172 | Facebook Post re Hate 5/6/2018 | | |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 173 | Facebook Post re Civil War 5/8/2018 | | |
| 174 | Facebook Post re Sharia 6/8/2018 | | |
| 175 | Facebook Chat with R.M. 4/27/2017 - 3/29/2019 | | |
| 176 | Facebook Chat with M.S. 4/14/2017 - 12/7/2018 | | |
| 177 | Facebook Post re Fighting 11/3/2018 | | |
| 178 | Facebook Post re Sharia Law 2/3/2019 | | |
| 179 | Facebook Friend List | | |
| 180 | Facebook Post re ISIS 3/21/2019 | | |
| 181 | Facebook Post re Recruiting 3/29/2019 | | |
| 182 | Facebook Post re Rafida 4/13/2019 | | |
| 183 | Facebook Search for United Patriot National Front 4/20/2019 | 8/6/21 | 8/6/21 |
| 184 | Facebook Search for No White Nationalism in Long Beach 4/23/2019 | 8/6/21 | 8/6/21 |
| 185 | Snap Message from Defendant to OCE Containing Nasheeds 3/20/2019 | 8/5 | 8/5 |
| 186 | Snap Message from Defendant to OCE re Killing Kuffar 3/28/2019 | 8/6/21 | 8/6/21 |
| 187 | Snap Message Between Defendant and OCE re ISIS and nashids 4/2/2019 | | |
| 188 | Snap Message From Defendant to OCE 4/4/2019 | 8/6/21 | 8/6/21 |
| 189 | Snap Message Between Defendant and OCE re Kuffar 4/26/2019 | 8/6 | 8/6 |
| 190 | Photographs of Bluff Park and nearby businesses | 8/9/21 | ~~8/9/21~~ |
| 191 | Photographs from Rally at Bluff Park | | |
| 192 | Photographs from Santa Monica Pier | 8/9/21 | |
| 193 | Pictures From Defendant's Computers | 8/5/21 | 8/5/21 |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 194 | Pictures From Defendant's Computer | | |
| 195 | List of Videos and Songs From Defendant's Computer | 8/5/21 | 8/5/21 |
| 196 | Nashid (We Set Our Chest on the Day of Descent) from Defendant's Computer | 8/5/21 | 8/5/21 |
| 197 | Translation of Nashid (We Set Our Chest on the Day of Descent) from Defendant's Computer | 8/5/21 | 8/5/21 |
| 198 | Video (Islamic State - Answer the Call) from Defendant's Computer | | |
| 199 | Nashid (Islam - Dawlatna Mansura) from Defendant's Computer | 8/5/21 | 8/5/21 |
| 200 | Translation of Nashid (Islam - Dawlatna Mansura) from Defendant's Computer | 8/5/21 | 8/5/21 |
| 201 | Nashid (Islam - Ya Fawza What a Victory) from Defendant's Computer | 8/5/21 | 8/5/21 |
| 202 | Translation of Nashid (Islam - Ya Fawza What a Victory) from Defendant's Computer | 8/5/21 | 8/5/21 |
| 203 | Post-Arrest Interview (Excerpt One) 4/26/2019 | 8/5/21 | 8/5/21 |
| 204 | Post-Arrest Interview (Excerpt Two) 4/26/2019 | | |
| 205 | Post-Arrest Interview (Excerpt Three) 4/26/2019 | | |
| 206 | Post-Arrest Interview (Excerpt Four) 4/26/2019 | | |
| 207 | Post-Arrest Interview (Excerpt Five) 4/26/2019 | 8/5/21 | 8/5/21 |
| 208 | Discord Chats Between Defendant and Others re Nashids 10/8/2017 - 11/27/2017 | | |
| 209 | Discord Chats Between Defendant and Others re Nashids 12/31/2017 | | |
| 210 | Discord Chats Between Defendant and Others re Nashids 1/14/2018 | | |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 211 | Discord Chats Between Defendant and Others re Nashids 1/27/2018 | | |
| 212 | Discord Chats Between Defendant and Others re Nashids 2/21/2018 - 2/22/2018 | | |
| 213 | Discord Chats Between Defendant and Others re Stabbing Kuffar 4/10/2018 - 4/11/2018 | 8/6/21 | 8/6/21 |
| 214 | BLANK | | |
| 215 | BLANK | | |
| 216 | BLANK | | |
| 217 | BLANK | | |
| 218 | Translation of Nashid (Al Barqo Al Moltahib) from March 22, 2019 Recorded Meeting Between Defendant and CHS | | |
| 219 | Translation of Nashid (Storm and Shell) from March 22, 2019 Recorded Meeting Between Defendant and CHS | | |
| 220 | Translation of Nashid (Yi Jihad Al Muminin) from March 22, 2019 Recorded Meeting Between Defendant and CHS | | |
| 221 | Text Messages Between Defendant and CHS 4/20/2019 | 8/6/21 | 8/6/21 |
| 222 | Text Messages Between Defendant and CHS 4/21/2019 - 4/22/2019 | \| | \| |
| 223 | Text Messages Between Defendant and CHS 4/25/2019 | 8/6/21 | 8/6/21 |
| 224 | Recorded Phone Call Between Defendant and J.D. 6/12/2019 | 8/6 | 8/6 |
| 225 | Recorded Phone Call Between Defendant and K.C. 6/24/2019 | 8/6/21 | 8/6/21 |
| 226 | Recorded Phone Call Between Defendant and K.C. 12/28/2020 | | |
| 227 | Recorded Phone Call Between Defendant and K.C. 1/11/2020 | | |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 228 | Recorded Phone Call Between Defendant and K.C. 1/11/2020 | | |
| 229 | Recorded Voicemail to Defendant from M.G. 6/12/2019 | | |
| 230 | Recorded Meeting Between Defendant, CHS, and UCE (Excerpt Five) 4/23/2019 | 8/6/21 | 8/6 |
| 231 | Recorded Phone Call Between Defendant and K.C. 4/17/2021 | | |
| 232 | Snap Messages with R.W. 1/25/2019 - 4/26/2019 | | |
| 233 | Letter to Defendant from K.C. from Defendant's Bedroom | | |
| 234 | Photographs from Boston Marathon Bombing | 8/9/21 | 8/9/21 |
| 235 | Photograph of Black Jansport Backpack | | |
| 236 | Translation of Nashid (A Life of Humiliation) from April 26, 2019 Recorded Meeting Between Defendant, CHS, and UCE | 8/9/21 | 8/9/21 |
| 237 | Translation of Nashid (He Drove Them From Behind Them) from April 26, 2019 Recorded Meeting Between Defendant, CHS, and UCE | | |
| 238 | Translation of Nashid (Hoor Al Ayn) from April 26, 2019 Recorded Meeting Between Defendant, CHS, and UCE | | |
| 239 | Translation of Nashid (Lit the Blaze) from April 26, 2019 Recorded Meeting Between Defendant, CHS, and UCE | | |
| 240 | Translation of Nashid (My State is Invincible) from April 26, 2019 Recorded Meeting Between Defendant, CHS, and UCE | | |
| 241 | Glossary of Arabic-English Translations | 8/9 | 8/9 |
| 242 | Video of Christchurch Shooting | | |
| 243 | Picture of Go-Ahead Sign Defendant Sent to UCE on April 25, 2021 | | |

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 244 | Firearms Seized from Defendant's Bedroom | | |
| 245 | Ammunition Belts Seized from Defendant's Bedroom | | |
| 246 | Knife Seized from Defendant's Bedroom | | |
| 247 | Boxes of Ammunition Seized from Defendant's Bedroom | | |
| 248 | Photographs of Defendant's House | | |
| 249 | Certified Travel Record | | |
| 250 | Waller Letter | | |
| 251 | Text Messages Between Defendant and CHS 3/27/2019 | 8/9 | 8/9 |
| 252 | Text Messages Between Defendant and CHS 3/29/2019 | 8/9 | 8/9 |
| 253 | Text Messages Between Defendant and CHS 3/30/2019 | | |
| 254 | Text Messages Between Defendant and CHS 4/12/2019 | | |
| 255 | Text Messages Between Defendant and CHS 4/17/2019 | 8/9 | 8/9 |
| 256 | Trial Stipulation Regarding Authenticity and Accuracy of Government Trial Exhibits | 8/9 | 8/9 |
| 257 | Recorded Phone Call Between ~~Defendant and K.C.~~ 1/11/2020 | ~~8/9~~ | ~~8/9~~ |
| 258 | Discord Messages Between Defendant and CHS 3/24/2019 | | |
| 259 | Trial Stipulation Regarding Authenticity and Accuracy of Government Trial Exhibits | | |
| 260 | Trial Stipulation Regarding Authenticity and Accuracy of Government Trial Exhibits | | |

261